UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESAI KUSHAL VIKRAMKUMAR,**<br>Plaintiff,<br>v.<br>**NIMBLE STORAGE, INC., ET AL.,**<br>Defendants. | Case No. 15-cv-05803-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST TO CONTINUING DEADLINES**<br><br>Re: Dkt. No. 42 |

On February 18, 2016, the parties filed a stipulated request seeking lengthy extensions of various case deadlines. (Dkt. No. 42.) The stipulated request is **DENIED WITHOUT PREJUDICE**. The parties may file a renewed request for more reasonable extensions.

This Order terminates Docket Number 42.

**IT IS SO ORDERED.**

Dated: February 22, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**