UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESAI KUSHAL VIKRAMKUMAR**,<br><br>    Plaintiff,<br><br>    v.<br><br>**NIMBLE STORAGE, INC., ET AL.**,<br><br>    Defendants. | Case No.  15-cv-05803-YGR |
| **JOSPEH GUARDINO**,<br><br>    Plaintiff,<br><br>    v.<br><br>**NIMBLE STORAGE, INC., ET AL.**,<br>    Defendants. | Case No.  15-cv-05991-YGR |
| **SHAMS MADHANI**,<br><br>    Plaintiff,<br><br>    v.<br><br>**NIMBLE STORAGE, INC., ET AL.**,<br>    Defendants. | Case No.  16-cv-00629-YGR |

**ORDER GRANTING IN PART STIPULATION TO EXTEND DEADLINES**

In light of competing motions for consolidation and appointment of lead counsel, the parties have filed a stipulation seeking to vacate the Case Management Conference set for March 21, 2016 and to extend defendants' deadline to respond to the complaints in the above-captioned related actions.  The Court **GRANTS IN PART** the stipulated request.  Defendants' deadline to respond to the complaints and the Case Management Conference and related deadlines are **VACATED**, and the Court will set a case schedule in conjunction with its ruling on the

consolidation motions.

This Order terminates Docket Number 50.

**IT IS SO ORDERED.**

Dated: March 2, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**