BERMAN DEVALERIO
NICOLE LAVALLEE (SBN 165755)
A. CHOWNING POPPLER (SBN 272870)
One California Street, Suite 900
San Francisco, CA 94111
Tel. (415) 433-3200
Fax (415) 433-6382
Email: nlavallee@bermandevalerio.com
          cpoppler@bermandevalerio.com

*Liaison Counsel for the Class*

LABATON SUCHAROW LLP
JONATHAN GARDNER (*pro hac vice*)
CAROL C. VILLEGAS (*pro hac vice*)
GUILLAUME BUELL (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel. (212) 907-0700
Fax (212) 818-0477
Email: jgardner@labaton.com
          cvillegas@labaton.com
          gbuell@labaton.com

*Attorneys for Lead Plaintiff and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NIMBLE STORAGE, INC. SECURITIES LITIGATION | Case No. 4:15-cv-05803-YGR <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE** <br><br> CTRM: #1, 4th Floor (Oakland) <br> JUDGE: Hon. Yvonne Gonzalez Rogers |

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE
CASE NO. 4:15-CV-05803-YGR

1   WHEREAS, in the above-captioned consolidated action (the "Action") against
2   defendants Nimble Storage, Inc. ("Nimble"), Suresh Vasudevan, and Anup V. Singh (together
3   the "Individual Defendants" and collectively with Nimble, "Defendants"), the Court appointed
4   Arkansas Teacher Retirement System ("Lead Plaintiff") as Lead Plaintiff in the Action on
5   March 28, 2016 (ECF No. 69);
6   WHEREAS, the Court previously granted the parties' Stipulated Scheduling Order
7   setting deadlines for submission of the Consolidated Class Action Complaint (the "Complaint")
8   and related briefing (ECF No. 80);
9   WHEREAS, the Complaint is currently scheduled to be filed on May 27, 2016 – in just
10  two days;
11  WHEREAS, in the course of its investigation, Lead Plaintiff has very recently (on May
12  24, 2015) uncovered information that it believes materially impacts the allegations to be
13  asserted in the Complaint;
14  WHEREAS, Lead Plaintiff needs time to review this information, perform due diligence
15  on the accuracy of the information, and incorporate the information into the Complaint, and
16  three days is not sufficient time for Lead Plaintiff to diligently complete these tasks;
17  WHEREAS, a two-week extension to the current schedule will provide Lead Plaintiff
18  with sufficient time to review and incorporate into the Complaint the recently uncovered
19  information;
20  WHEREAS, an extension now would serve the interest of judicial economy and obviate
21  the need for Lead Plaintiff to file a motion to amend the Complaint based on this new
22  information;
23  IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiff and Defendants, by
24  and through their counsel of record, that:
25  1.   Lead Plaintiff will file the Consolidated Class Action Complaint (the
26  "Complaint") no later than June 10, 2016.
27  2.   Defendants will answer, move, or otherwise respond to the Complaint no later
28  than 45 days thereafter, by July 25, 2016.

3. In the event Defendant moves to dismiss the Complaint, Lead Plaintiff will oppose Defendants' motion to dismiss no later than 45 days thereafter, by September 8, 2016, and Defendants will file their reply in further support of their motion to dismiss no later than 32 days thereafter, by October 10, 2016.

4. Oral argument (should the Court require it) on Defendants' motion to dismiss shall be on October 18, 2016 at 2:00 p.m., or at whatever time and date the Court may set.

5. The new schedule shall be as follows:

| Event | Current Schedule | New Schedule |
|---|---|---|
| Lead Plaintiff to File Consolidated Amended Complaint ("Complaint") | May 27, 2016 | June 10, 2016 |
| Defendants to Answer, Move, or Otherwise Respond to the Complaint | July 11, 2016 | July 25, 2016 |
| Lead Plaintiff to Oppose Defendants' Motion to Dismiss | August 25, 2016 | September 8, 2016 |
| Defendants to Reply in Further Support of Motion to Dismiss | September 26, 2016 | October 10, 2016 |
| Oral Argument on Motion to Dismiss | October 4, 2016, at 2:00 p.m. | October 18, 2016, at 2:00 p.m. |

///

///

///

| | |
|---|---|
| Dated: May 25, 2016 | Respectfully submitted, |
| **LABATON SUCHAROW LLP** | **FENWICK & WEST LLP** |
| /s/ Jonathan Gardner | /s/ Felix S. Lee |
| Jonathan Gardner (*pro hac vice*) | Felix S. Lee (SBN 197084) |
| Carol Villegas (*pro hac vice*) | Michael Davis-Wilson (SBN 259790) |
| Guillaume Buell (*pro hac vice*) | Deborah Kang (SBN 288143) |
| 140 Broadway | Silicon Valley Center |
| New York, New York 10005 | 801 California Street |
| Telephone: (212) 907-0700 | Mountain View, CA 94041 |
| Facsimile: (212) 818-0477 | Telephone: (650) 988-8500 |
| jgardner@labaton.com | Facsimile: (650) 938-5200 |
| cvillegas@labaton.com | flee@fenwick.com |
| gbuell@labaton.com | mdaviswilson@fenwick.com |
| | dkang@fenwick.com |
| *Attorneys for Lead Plaintiff Arkansas Teacher Retirement System, and Lead Counsel for the Class* | Susan S. Muck (SBN 126930) |
| | Michael S. Dicke (SBN 158187) |
| | 555 California Street, 12th Floor |
| | San Francisco, CA 94104 |
| **BERMAN DEVALERIO** | Telephone: (415) 875.2300 |
| Nicole Lavallee (SBN 165755) | Facsimile: (415) 281.1350 |
| A. Chowning Poppler (SBN 272870) | smuck@fenwick.com |
| One California Street, Suite 900 | mdicke@fenwick.com |
| San Francisco, CA 94111 | |
| Telephone: (415) 433-3200 | *Attorneys for Defendants Nimble Storage, Inc., Suresh Vasudevan, and Anup V. Singh* |
| Facsimile: (415) 433-6382 (fax) | |
| nlavallee@bermandevalerio.com | |
| cpoppler@bermandevalerio.com | |
| *Liaison Counsel for the Class* | |

### E-Filing Attestation

I, Jonathan Gardner, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Felix S. Lee has concurred in this filing.

/s/ Jonathan Gardner
Jonathan Gardner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2016

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge