1  **LABATON SUCHAROW LLP**
   Jonathan Gardner (*pro hac vice*)
2  Carol C. Villegas (*pro hac vice*)
   Guillaume Buell (*pro hac vice*)
3  140 Broadway
   New York, NY 10005
4  Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
5  Email: jgardner@labaton.com
            cvillegas@labaton.com
6           gbuell@labaton.com

7  *Lead Counsel for the Class*

8  **BERMAN DEVALERIO**
   Nicole Lavallee (SBN 165755)
9  A. Chowning Poppler (SBN 272870)
   One California Street, Suite 900
10 San Francisco, CA 94111
   Tel.  (415) 433-3200
11 Fax (415) 433-6382
   Email: nlavallee@bermandevalerio.com
12         cpoppler@bermandevalerio.com

13 *Liaison Counsel for the Class*

14

15                 **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
16                          **OAKLAND DIVISION**

17 | | CASE NO.  4:15-cv-05803-YGR |
   |---|---|
18 | IN RE NIMBLE STORAGE, INC. SECURITIES LITIGATION | **STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF FILING A CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
   | | CLASS ACTION |

28 [CASE NO. 4:15-cv-05803-YGR]
   STIPULATION AND [PROPOSED] ORDER REGARDING  LEAD PLAINTIFF FILING A CORRECTED CONSOLIDATED CLASS
   ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

1    WHEREAS, on March 28, 2016, the Court appointed Arkansas Teacher Retirement
2 System as Lead Plaintiff, Labaton Sucharow LLP as Lead Counsel for the Class, and Berman
3 DeValerio as Liasion Counsel (ECF No. 69);
4    WHEREAS, on June 10, 2016, Lead Plaintiff timely filed the Consolidated Class Action
5 Complaint (the "Complaint") (ECF No. 91);
6    WHEREAS, this week, Lead Counsel discovered that a small number of scrivener's
7 errors affected numbers set forth in five paragraphs (¶¶315-319) of the Complaint at pages 94
8 and 95;
9    WHEREAS, Lead Counsel accordingly seeks to correct these scrivener's errors in the
10 Complaint;
11    WHEREAS, Lead Counsel informed counsel for Defendants of these scrivener's errors
12 and Lead Counsel's intent to seek leave of the Court to correct the Complaint, and counsel for
13 Defendants do not object to the proposed correction of the Complaint;
14    WHEREAS, because the correction of the scrivener's errors do not affect the Complaint
15 substantively, correcting the Complaint will not impact the briefing schedule in effect;
16    WHEREAS, Exhibit A hereto is a blackline of the Complaint that reflects the changes
17 Lead Counsel seeks to make to paragraphs 315-319 of the Complaint;
18    IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their
19 undersigned counsel, subject to Court approval, as follows:
20    1.    Lead Plaintiff promptly will file a Corrected Consolidated Class Action
21 Complaint reflecting the changes in Exhibit A.

| | |
|---|---|
| 1  Dated: July 12, 2016 | Respectfully submitted, |
| 2 | **LABATON SUCHAROW LLP** |
| 3 | By:  */s/ Jonathan Gardner* |
|   | Jonathan Gardner (*pro hac vice*) |
| 4 | |
| 5 | Carol C. Villegas (*pro hac vice*) |
|   | Guillaume Buell (*pro hac vice*) |
|   | 140 Broadway |
|   | New York, NY 10005 |
|   | Telephone: (212) 907-0700 |
|   | Facsimile:  (212) 818-0477 |
|   | Email: jgardner@labaton.com |
|   |        cvillegas@labaton.com |
|   |        gbuell@labaton.com |

*Lead Counsel for the Class*

Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermandevalerio.com
       cpoppler@bermandevalerio.com

*Liaison Counsel*

**FENWICK & WEST LLP**

/s/ Felix S. Lee
Felix S. Lee (SBN 197084)
Michael Davis-Wilson (SBN 259790)
Deborah Kang (SBN 288143)
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200
Email: flee@fenwick.com
       mdaviswilson@fenwick.com
       dkang@fenwick.com

---

[CASE NO. 4:15-CV-05803-YGR]                                                                                                    3
STIPULATION AND [PROPOSED] ORDER REGARDING  LEAD PLAINTIFF FILING A CORRECTED CONSOLIDATED CLASS
ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

|   |   |
|---|---|
| 1 | Susan S. Muck (SBN 126930) |
| 2 | Michael S. Dicke (SBN 158187) |
|   | 555 California Street, 12th Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone: (415) 875.2300 |
| 4 | Facsimile:  (415) 281.1350 |
|   | Email: smuck@fenwick.com |
| 5 |         mdicke@fenwick.com |

*Attorneys for Defendants Nimble Storage, Inc., Suresh Vasudevan, Anup V. Singh, Varun Mehta, and Dan Leary*

**E-Filing Attestation**

I, Jonathan Gardner, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Felix S. Lee has concurred in this filing.

*/s/ Jonathan Gardner*
Jonathan Gardner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2016

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, state that I am employed in the City and County of New York, State of New York, that I am over the age of eighteen (18) years and not a party to the within action, that I am employed at Labaton, Sucharow LLP, 140 Broadway, New York, New York 10005, and that on July 12, 2016, I served a copy of the attached:

**STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF FILING A CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

to the parties listed on the attached Service List by the following means of service:

[X]     BY E-FILE: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record registered with the Court's electronic filing system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on the 12th day of July, 2016.

*/s/ Jonathan Gardner*
JONATHAN GARDNER