**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Guillaume Buell (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
        cvillegas@labaton.com
        gbuell@labaton.com

*Lead Counsel for the Class*

**BERMAN DEVALERIO**
Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
One California Street, Suite 900
San Francisco, CA 94111
Tel.  (415) 433-3200
Fax (415) 433-6382
Email: nlavallee@bermandevalerio.com
        cpoppler@bermandevalerio.com

*Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

|  |  |
|---|---|
| IN RE NIMBLE STORAGE, INC. SECURITIES LITIGATION | CASE NO.  4:15-cv-05803-YGR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING LEAD PLAINTIFF FILING A CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>CLASS ACTION |

1        WHEREAS, on March 28, 2016, the Court appointed Arkansas Teacher Retirement

2  System as Lead Plaintiff, Labaton Sucharow LLP as Lead Counsel for the Class, and Berman

3  DeValerio as Liasion Counsel (ECF No. 69);

4        WHEREAS, on June 10, 2016, Lead Plaintiff timely filed the Consolidated Class Action

5  Complaint (the "Complaint") (ECF No. 91);

6        WHEREAS, this week, Lead Counsel discovered that a small number of scrivener's

7  errors affected numbers set forth in five paragraphs (¶¶315-319) of the Complaint at pages 94

8  and 95;

9        WHEREAS, Lead Counsel accordingly seeks to correct these scrivener's errors in the

10  Complaint;

11        WHEREAS, Lead Counsel informed counsel for Defendants of these scrivener's errors

12  and Lead Counsel's intent to seek leave of the Court to correct the Complaint, and counsel for

13  Defendants do not object to the proposed correction of the Complaint;

14        WHEREAS, because the correction of the scrivener's errors do not affect the Complaint

15  substantively, correcting the Complaint will not impact the briefing schedule in effect;

16        WHEREAS, Exhibit A hereto is a blackline of the Complaint that reflects the changes

17  Lead Counsel seeks to make to paragraphs 315-319 of the Complaint;

18        IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their

19  undersigned counsel, subject to Court approval, as follows:

20        1.     Lead Plaintiff promptly will file a Corrected Consolidated Class Action

21  Complaint reflecting the changes in Exhibit A.

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF FILING A CORRECTED CONSOLIDATED CLASS
ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

| | |
|---|---|
| 1 | Dated: July 12, 2016 |

Respectfully submitted,

**LABATON SUCHAROW LLP**

By:  /s/ Jonathan Gardner
        Jonathan Gardner (*pro hac vice*)

Carol C. Villegas (*pro hac vice*)
Guillaume Buell (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email: jgardner@labaton.com
        cvillegas@labaton.com
        gbuell@labaton.com

*Lead Counsel for the Class*

Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: nlavallee@bermandevalerio.com
        cpoppler@bermandevalerio.com

*Liaison Counsel*

**FENWICK & WEST LLP**

/s/ Felix S. Lee
Felix S. Lee (SBN 197084)
Michael Davis-Wilson (SBN 259790)
Deborah Kang (SBN 288143)
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200
Email: flee@fenwick.com
        mdaviswilson@fenwick.com
        dkang@fenwick.com

Susan S. Muck (SBN 126930)
Michael S. Dicke (SBN 158187)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875.2300
Facsimile: (415) 281.1350
Email: smuck@fenwick.com
       mdicke@fenwick.com

*Attorneys for Defendants Nimble Storage, Inc., Suresh Vasudevan, Anup V. Singh, Varun Mehta, and Dan Leary*

### E-Filing Attestation

I, Jonathan Gardner, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Felix S. Lee has concurred in this filing.

*/s/ Jonathan Gardner*
Jonathan Gardner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 15__, 2016

Honorable Yvonne Gonzalez Rogers
United States District Judge

1

**CERTIFICATE OF SERVICE**

2

     I, the undersigned, state that I am employed in the City and County of New York, State
3  of New York, that I am over the age of eighteen (18) years and not a party to the within action,
  that I am employed at Labaton, Sucharow LLP, 140 Broadway, New York, New York 10005,
4  and that on July 12, 2016, I served a copy of the attached:

5  **STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF FILING
  A CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT FOR
6  VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

7  to the parties listed on the attached Service List by the following means of service:

8  [X]    BY E-FILE: I electronically filed the foregoing with the Clerk of the Court using the
          CM/ECF system which will send notification of such filing to all parties of record
9          registered with the Court's electronic filing system.

10  I declare under penalty of perjury under the laws of the State of California that the foregoing is
   true and correct.  Executed on the 12th day of July, 2016.

11

12                                    */s/ Jonathan Gardner*
                                    JONATHAN GARDNER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28