BERMAN DEVALERIO
NICOLE LAVALLEE (SBN 165755)
A. CHOWNING POPPLER (SBN 272870)
One California Street, Suite 900
San Francisco, CA 94111
Tel. (415) 433-3200
Fax (415) 433-6382
Email: nlavallee@bermandevalerio.com
       cpoppler@bermandevalerio.com

*Liaison Counsel for the Class*

LABATON SUCHAROW LLP
JONATHAN GARDNER (*pro hac vice*)
CAROL C. VILLEGAS (*pro hac vice*)
GUILLAUME BUELL (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel. (212) 907-0700
Fax (212) 818-0477
Email: jgardner@labaton.com
       cvillegas@labaton.com
       gbuell@labaton.com

*Attorneys for Lead Plaintiff and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| IN RE NIMBLE STORAGE, INC. SECURITIES LITIGATION | Case No. 4:15-cv-05803-YGR <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE** <br><br> CTRM: #1, 4th Floor (Oakland) <br> JUDGE: Hon. Yvonne Gonzalez Rogers |

1    WHEREAS, in the above-captioned consolidated action (the "Action") against defendants Nimble Storage, Inc. ("Nimble"), Suresh Vasudevan, Anup V. Singh, Varun Mehta, and Dan Leary (together the "Individual Defendants" and collectively with Nimble, "Defendants"), the Court granted the Defendants' motion to dismiss, with leave to amend, on December 9, 2016 (the "Order") (ECF No. 113);

WHEREAS, the Court in its Order set a deadline of twenty-eight (28) days after the date of the Order, or January 6, 2017, for Lead Plaintiff to file an amended complaint (ECF No. 113 at 18);

WHEREAS, the Court in its Order set a deadline of twenty-one (21) days after the service of the amended complaint for Defendants to file responsive pleadings (ECF No. 113 at 18);

WHEREAS, given the holiday season and counsels' schedule, Lead Plaintiff is requesting an additional two weeks to finalize the continuing investigation and prepare the amended complaint;

IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiff and Defendants, by and through their counsel of record, that:

1. Lead Plaintiff will file the Second Amended Consolidated Class Action Complaint (the "Complaint") no later than January 20, 2017.

2. Defendants will answer, move, or otherwise respond to the Complaint no later than twenty-eight (28) days thereafter, by February 17, 2017.

3. In the event Defendant moves to dismiss the Complaint, Lead Plaintiff will oppose Defendants' motion to dismiss no later than twenty-eight (28) days thereafter, by March 17, 2017, and Defendants will file their reply in further support of their motion to dismiss no later than twenty-one (21) days thereafter, by April 7, 2017.

4. Oral argument (should the Court require it) on Defendants' motion to dismiss shall be on April 18, 2017 at 2:00 p.m., or at whatever time and date the Court may set.

///

///

5. The new schedule shall be as follows:

| Event | Current Schedule | New Schedule |
| --- | --- | --- |
| Lead Plaintiff to File Complaint | January 6, 2017 | January 20, 2017 |
| Defendants to Answer, Move, or Otherwise Respond to the Complaint | January 27, 2017 | February 17, 2017 |
| Lead Plaintiff to Oppose Defendants' Motion to Dismiss | | March 17, 2017 |
| Defendants to Reply in Further Support of Motion to Dismiss | | April 7, 2017 |
| Oral Argument on Motion to Dismiss | | April 18, 2017, at 2:00 p.m. |

///

///

///

| | |
|---|---|
| Dated:  December 20, 2016 | Respectfully submitted, |
| **LABATON SUCHAROW LLP** | **FENWICK & WEST LLP** |
| /s/ Jonathan Gardner<br>Jonathan Gardner (*pro hac vice*)<br>Carol Villegas (*pro hac vice*)<br>Guillaume Buell (*pro hac vice*)<br>140 Broadway<br>New York, New York  10005<br>Telephone: (212) 907-0700<br>Facsimile:  (212) 818-0477<br>jgardner@labaton.com<br>cvillegas@labaton.com<br>gbuell@labaton.com<br><br>*Attorneys for Lead Plaintiff Arkansas Teacher Retirement System, and Lead Counsel for the Class*<br><br>**BERMAN DEVALERIO**<br>Nicole Lavallee (SBN 165755)<br>A. Chowning Poppler (SBN 272870)<br>One California Street, Suite 900<br>San Francisco, CA  94111<br>Telephone:  (415) 433-3200<br>Facsimile:   (415) 433-6382 (fax)<br>nlavallee@bermandevalerio.com<br>cpoppler@bermandevalerio.com<br><br>*Liaison Counsel for the Class* | /s/ Felix S. Lee<br>Felix S. Lee (SBN 197084)<br>Michael Davis-Wilson (SBN 259790)<br>Shannon Raj (SBN 280771)<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile:  (650) 938-5200<br>flee@fenwick.com<br>mdaviswilson@fenwick.com<br>sraj@fenwick.com<br><br>Susan S. Muck (SBN 126930)<br>Michael S. Dicke (SBN 158187)<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 875.2300<br>Facsimile:   (415) 281.1350<br>smuck@fenwick.com<br>mdicke@fenwick.com<br><br>*Attorneys for Defendants Nimble Storage, Inc., Suresh Vasudevan, and Anup V. Singh* |

**E-Filing Attestation**

I, Jonathan Gardner, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Felix S. Lee has concurred in this filing.

*/s/ Jonathan Gardner*
Jonathan Gardner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2016

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge