# Exhibit A-1

Global5000 Database

| Company Name | Company URL | Date Turned Active | Date Turned Inactive |
|---|---|---|---|
| Acelity LP, Inc. | http://acelity.com/investors/ | 09/14/2015 | |
| Achmea | www.achmea.nl | 05/01/2015 | |
| ACOM Co. Ltd. | www.acom.co.jp | | 07/08/2015 |
| Aeroflex | www.aeroflex.com | | 02/05/2015 |
| AFG Arbonia-Forster-Holding AG | www.afg.ch | 04/16/2015 | |
| Albertsons LLC | www.albertsons.com | 11/13/2014 | |
| Alexander & Baldwin | www.alexanderbaldwin.com | 04/03/2015 | |
| Alkermes plc | www.alkermes.com | 11/29/2015 | |
| Alliance Trust | www.alliancetrust.co.uk | | 05/14/2015 |
| Alliant Techsystems, Inc. | www.atk.com | | 06/28/2015 |
| AltaGas Ltd | www.altagas.ca | 09/22/2015 | |
| Altegrity | www.altegrity.com | 04/13/2015 | |
| A-Mark Precious Metals | www.amark.com | 08/07/2015 | |
| Ambac Financial Group | www.ambac.com | | 04/27/2015 |
| Amcol International | www.amcol.com | | 02/02/2015 |
| American Capital Strategies, Ltd | www.AmericanCapital.com | | 02/21/2015 |
| Ameristar Casinos, Inc. | www.ameristarcasinos.com | | 01/28/2015 |
| Amtek Engineering Ltd | www.amtek.com.sg | 11/08/2014 | |
| Anglo American Platinum Limited | www.angloplatinum.com | 03/21/2015 | |
| Annaly Capital Management, Inc. | www.annaly.com | | 09/11/2015 |
| Aptalis Pharma | www.aptalispharma.com | | 04/18/2015 |
| Arca Continental, S. A. B. de C. V. | www.arcacontal.com | 08/20/2015 | |
| Aristocrat Leisure Limited | www.aristocratgaming.com | | 01/18/2015 |
| Aryzta AG | www.aryzta.com | 04/18/2015 | |
| Ash Grove Cement Company | www.ashgrove.com | 12/24/2014 | |
| Ashtead Group | www.ashtead-group.com | 09/04/2015 | |
| Asia Pacific Telecom | www.aptg.com.tw | 02/05/2015 | |
| Assore Limited | www.assore.com | | 04/21/2015 |
| athenahealth, Inc. | www.athenahealth.com | 05/15/2015 | |
| Atlas Pipeline Partners | www.atlaspipelineholdings.com | | 08/07/2015 |
| Atlas Resource Partners | www.atlasresourcepartners.com | 09/10/2015 | |
| ATP Oil & Gas | www.atpog.com | | 05/11/2015 |
| Autoneum Holding AG | www.autoneum.com | 04/19/2015 | |
| Aventine Renewable Energy Holdings | www.aventinerei.com | | 10/07/2015 |
| Avolon | http://avolon.aero | 08/14/2015 | |
| Axpo Holding | www.axpo.com | 05/08/2015 | |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Ayala Land | www.ayalaland.com.ph | 02/20/2015 | |
| AZ Electronic Materials | www.az-em.com | | 09/23/2015 |
| Azul Linhas Aereas | www.voeazul.com.br/en/home | 12/16/2014 | |
| B&M European Value Retail S.A. | www.bandmretail.com | 02/21/2015 | |
| Babcock International Group Plc | www.babcockinternational.com | 08/08/2015 | |
| Bally Technologies, Inc | www.ballytech.com | | 06/18/2015 |
| Bally Total Fitness | www.ballyfitness.com | | 06/13/2015 |
| Banco Espírito Santo | www.bes.pt | | 09/22/2015 |
| Barco NV | www.barco.com/en | 01/19/2015 | |
| Barratt Developments | www.barrattdevelopments.co.uk | 08/09/2015 | |
| BCD Group | www.bcdgroup.com | 11/22/2015 | |
| Beam, Inc. | www.beamglobal.com | | 01/07/2015 |
| Bell AG | www.bellfoodgroup.com | 05/10/2015 | |
| Bellway plc | www.bellway.co.uk | 09/10/2015 | |
| Berkeley Group Holdings plc | www.berkeleygroup.co.uk | 09/05/2015 | |
| Berry Petroleum | www.bry.com | | 12/28/2014 |
| Bestway Group | www.bestwaygroup.co.uk | 01/24/2015 | |
| Big Heart Pet Brands (fmr Del Monte Fo | www.delmonte.com | | 08/22/2015 |
| BioMarin Pharmaceutical Inc. | www.bmrn.com | 04/14/2015 | |
| Biomet, Inc. | www.biomet.com | | 08/27/2015 |
| BLS AG | www.bls.ch/e/homepage/index. | 05/11/2015 | |
| Blyth, Inc. | www.blyth.com | | 05/05/2015 |
| Bobst Group SA | www.bobstgroup.com | 05/12/2015 | |
| Boise, Inc. | www.boiseinc.com | | 12/12/2014 |
| Bojangles Restaurant | www.bojangles.com | 12/28/2014 | |
| Books-A-Million, Inc. | www.booksamillion.com | | 05/25/2015 |
| Brenntag AG | www.brenntag.com | 06/22/2015 | |
| Brickworks ltd | www.brickworks.com.au | 09/17/2015 | |
| Brookfield Office Properties | www.brookfieldproperties.com | | 05/11/2015 |
| Bucher Industries AG | www.bucherindustries.com | 05/16/2015 | |
| Buhler AG | www.buhlergroup.com | 05/17/2015 | |
| Bupa (British United Provident Associati | www.bupa.com | 11/30/2015 | |
| Burkhalter Holding AG | www.burkhalter.ch | 05/21/2015 | |
| Cadila Healthcare Ltd | www.zyduscadila.com | 05/23/2015 | |
| Cairn India | www.cairnindia.com | | 07/23/2015 |
| Cal Dive International, Inc. | www.caldive.com | 11/04/2014 | |
| Canadian Solar, Inc. | www.canadian-solar.com | 01/09/2015 | |
| CapitalSource, Inc. | www.capitalsource.com | | 12/24/2014 |

Global5000 Database

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Castel Group | www.groupe-castel.com/en/grou | 08/19/2015 | |
| Catlin Group Limited | www.catlin.com | | 10/14/2015 |
| Central European Distribution Corp. | www.cedc.com | | 05/07/2015 |
| Central Parking Corporation | www.parking.com | | 11/11/2014 |
| CFR Pharmaceuticals | www.cfr-corp.com | | 09/22/2015 |
| CGS Holding (Mitas) | http://www.mitas-tyres.com/gb/ | 11/29/2014 | |
| Chanel | www.chanel.com | 01/28/2015 | |
| Chaoda Modern Agriculture | www.chaoda.com.hk | | 04/20/2015 |
| Charles Voegele Holding AG | www.charles-voegele.com | 05/25/2015 | |
| China Aerospace & Technology (CASIC) | www.spacechina.com | 09/01/2015 | |
| China Development Bank | www.cdb.com.cn | 08/26/2015 | |
| China Energy Engineering Group (CEEC) | http://ceecglobal.com | 11/02/2014 | |
| China Everbright Bank Co Ltd | www.cebbank.com | 02/23/2015 | |
| China General Technology | www1.genertec.com.cn | 02/15/2015 | |
| China Poly Group | www.poly.com.cn | 09/03/2015 | |
| China Shenhua Energy | www.shenhuachina.com | | 02/14/2015 |
| Cipla Ltd | www.cipla.com | 09/07/2015 | |
| Civeo Corporation | ww.civeo.com | 07/29/2015 | |
| Civitas Solutions, Inc. | www.civitas-solutions.com | 10/17/2015 | |
| CMA CGM | www.cma-cgm.com | 11/28/2015 | |
| Coldwater Creek | www.coldwatercreek.com | | 02/21/2015 |
| Coleman Cable, Inc. | www.colemancable.com | | 01/25/2015 |
| Collective Brands | www.collectivebrands.com | | 12/16/2014 |
| Colt Group S.A | www.colt.net | 09/28/2015 | |
| Columbia Distributing | www.columbia-dist.com | 09/03/2015 | |
| Comair Ltd | www.comair.co.za | 11/21/2014 | |
| Computacenter plc | www.computacenter.com | 08/07/2015 | |
| Comstock Resources | www.comstockresources.com | 07/20/2015 | |
| Comverse, Inc. | www.comverse.com | | 04/24/2015 |
| Consolidated Graphics, Inc. | www.consolidatedgraphics.com | | 07/16/2015 |
| Conversant | www.conversantmedia.com | | 07/13/2015 |
| Copano Energy LLC | www.copanoenergy.com | | 11/25/2014 |
| Copersucar | www.copersucar.com | 12/06/2014 | |
| Covance, Inc. | www.covance.com | | 09/04/2015 |
| Crestwood Equity Partners | www.crestwoodlp.com | 08/19/2015 | |
| Criteo SA | www.criteo.com | 07/12/2015 | |
| CSS Gruppe | www.css.ch/en | 05/29/2015 | |
| CTI Foods | www.ctifoods.com | 02/03/2015 | |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Ctrip.com International | www.ctrip.com | 05/23/2015 | |
| CTS Corporation | www.ctscorp.com | | 02/10/2015 |
| Cubist Pharmaceuticals Inc. | www.cubist.com | | 09/06/2015 |
| Daetwyler Holding Inc. | www.datwyler.com | 05/31/2015 | |
| Daido Steel Co Ltd | www.daido.co.jp | 08/16/2015 | |
| Dairy Crest Group plc | www.dairycrest.co.uk | 09/14/2015 | |
| Dana Gas | www.danagas.ae | | 11/04/2014 |
| Dangote Cement Plc | www.dangcem.com | 10/02/2015 | |
| Dart Group plc | www.dartgroup.co.uk | 09/29/2015 | |
| Darty plc | www.dartygroup.com | 08/05/2015 | |
| Del Monte Pacific Ltd | www.delmontepacific.com | 08/22/2015 | |
| Deutsche Wohnen AG | www.deutsche-wohnen.de | 09/24/2015 | |
| Digital Realty Trust | www.digitalrealtytrust.com | 11/30/2015 | |
| Diplomat Pharmacy, Inc. | http://diplomat.is | 08/28/2015 | |
| DKSH Holding AG | www.dksh.com | 06/04/2015 | |
| Don Quijote Holdings Co. | www.donki.com | 12/21/2014 | |
| DPSP | www.drogariasaopaulo.com.br | 02/22/2015 | |
| Drax Group Plc | www.draxgroup.plc.uk | 08/15/2015 | |
| Dufry | www.dufry.com | 03/29/2015 | |
| Dunnes Stores | www.dunnesstores.com | 10/28/2015 | |
| DyDo DRINCO, Inc. | www.dydo.co.jp | 08/21/2015 | |
| E.Leclerc SA | www.e-leclerc.com | 11/18/2015 | |
| Eagle Rock Energy | www.eaglerockenergy.com | | 09/07/2015 |
| easyJet plc | www.easyjet.com | 08/03/2015 | |
| Eckes-Granini Group | www.eckes-granini.com | 08/23/2015 | |
| Edgen Group | www.edgenmurray.com | | 05/12/2015 |
| EDP Renovaveis SA | www.edpr.com | 11/10/2015 | |
| El Corte Inglés S.A. | www.elcorteingles.es | 11/25/2015 | |
| Elpida Memory | www.elpida.com | | 11/21/2014 |
| Emera Incorporated | www.emera.com | 09/07/2015 | |
| Emeritus Corporation | www.emeritus.com | | 09/22/2015 |
| Emmi AG | http://group.emmi.com/en/ | 06/05/2015 | |
| Empire Resources | www.empireresources.com | 09/06/2015 | |
| Empresa Distribuidora y Comercializado | www.edenor.com.ar | | 05/31/2015 |
| EMS-Chemie Holding ag | www.ems-group.com | 10/08/2015 | |
| Enable Midstream Partners LP | www.enablemidstream.com | 08/22/2015 | |
| Endress + Hauser AG | www.endress.com | 06/10/2015 | |
| Endurance International Group Holding | www.enduranceinternational.co | 11/07/2015 | |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Energy Transfer Equity | www.energytransfer.com | | 06/13/2015 |
| Eniro AB | www.eniro.com | | 09/23/2015 |
| EP Energy Corporation | www.epenergy.com | 11/01/2014 | |
| Erie Insurance Group | www.erieinsurance.com | | 04/19/2015 |
| Esco Technologies | www.escotechnologies.com | 12/27/2014 | |
| Essex Property Trust, Inc. | www.essexpropertytrust.com | 11/22/2015 | |
| Exelis | www.exelisinc.com | | 09/11/2015 |
| FamilyMart Co Ltd | www.family.co.jp/english | 12/09/2014 | |
| Faurecia SA | www.faurecia.fr | 11/16/2015 | |
| Fenaco Genossenschaft | www.fenaco.com | 06/11/2015 | |
| Fielmann AG | www.fielmann.de | 10/05/2015 | |
| Finatis | www.finatis.fr | 08/01/2015 | |
| Firmenich SA | www.firmenich.com | 06/13/2015 | |
| FleetCor Technologies, Inc. | ww.fleetcor.com | 01/08/2015 | |
| Flybe Group | www.flybe.com | 06/12/2015 | |
| Forbo Holding | www.forbo.com | 06/24/2015 | |
| Forest Laboratories | www.frx.com | | 06/13/2015 |
| Forest Oil Corporation | www.forestoil.com | | 12/16/2014 |
| Foster Wheeler AG | www.fwc.com | | 04/26/2015 |
| Franke Holding AG | www.franke.com | 06/27/2015 | |
| Frank's International | www.franksinternational.com | 11/03/2014 | |
| Fraser & Neave Holdings | www.fn.com.my | | 03/15/2015 |
| Frere-Bourgeois | www.cnp.be | 11/24/2015 | |
| Friends Life Group | www.resolution.gg | | 11/16/2015 |
| Fuchs Petrolub | www.fuchs-oil.com | 10/04/2015 | |
| Funai Electric Co Ltd | www.funai.jp | 12/23/2014 | |
| Furniture Brands International | www.furniturebrands.ccom | | 06/14/2015 |
| Fuyao Glass Industry Group Co., Ltd. | www.fuyaogroup.com | 03/27/2015 | |
| Galenica AG | www.galenica.com/en | 06/28/2015 | |
| Galenica AG | www.galenica.com | 10/09/2015 | |
| Galliford Try plc | www.gallifordtry.co.uk | 08/27/2015 | |
| Gambro AB | www.gambro.com | | 11/10/2014 |
| gategroup Holding AG | www.gategroupmember.com | 07/06/2015 | |
| Gates Corporation | www.gates.com | 01/01/2015 | |
| General Parts International | www.carquest.com | | 04/20/2015 |
| Gentiva Health Systems | www.gentiva.com | | 08/14/2015 |
| Georg Fischer | www.georgfischer.com | 07/08/2015 | |
| GETRAG | www.getrag.com/de/home/inde | 07/09/2015 | |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Glas Trosch Group | http://en.glastroesch.ch | 07/09/2015 | |
| Global Aviation Holdings | www.glah.com | | 06/10/2015 |
| Global Logistic Properties Limited | www.glprop.com | 11/10/2014 | |
| Go-Ahead Group Plc | www.go-ahead.com | 08/16/2015 | |
| GrafTech International | www.graftech.com | | 08/27/2015 |
| Grafton Group plc | www.graftonplc.com | 08/22/2015 | |
| Greencore Group plc | www.greencore.com | 09/21/2015 | |
| Greene King Plc | www.greeneking.co.uk | 12/15/2014 | |
| Greene King plc | www.greeneking.co.uk | 09/17/2015 | |
| Greenergy Fuels Holdings | www.greenergy.com | 09/05/2015 | |
| Groupe Adeo | www.adeo.com/en | 11/23/2015 | |
| Groupe Galeries Lafayette | www.groupegalerieslafayette.co | 11/21/2015 | |
| Grupo Modelo | www.gmodelo.com.mx | | 05/03/2015 |
| Gruppo Riva | www.rivagroup.com | 02/04/2015 | |
| Gunvor Group | gunvorgroup.com | 11/19/2014 | |
| H3C | www.h3c.com/portal | 05/23/2015 | |
| Hainan Airlines Co Ltd | www.hnair.com | 01/07/2015 | |
| Haribo GmbH | haribo.com | 06/15/2015 | |
| Harmonic, Inc. | www.harmonicinc.com | | 05/07/2015 |
| Health Management Associates | www.hma-corp.com | | 12/05/2014 |
| Hearthside Food Solutions LLC | www.hearthsidefoods.com | 11/14/2014 | |
| Heidrick & Struggles International, Inc. | www.heidrick.com | 05/30/2015 | |
| Hella KGaA Hueck & Co. | www.hella.com | 09/25/2015 | |
| Helsana Group | www.helsana.ch | 07/10/2015 | |
| Helvetia | www.helvetia.com | 05/01/2015 | |
| Hexion | www.hexion.com | 05/07/2015 | |
| Hikma Pharmaceuticals Plc | www.hikma.com | 07/28/2015 | |
| Hillshire Brands | www.hillshirebrands.com | | 12/08/2014 |
| Hite Jinro Co Ltd | http://english.hitejinro.com | 08/27/2015 | |
| HNA Group | www.hnagroup.com | 09/04/2015 | |
| Hochschild Mining plc | www.hochschildmining.com | | 11/17/2015 |
| Hokuriku Electric Industry Co, LTD | www.hdk.co.jp | | 08/01/2015 |
| Hugo Boss Ag | http://group.hugoboss.com | 09/29/2015 | |
| Hunt Construction Group | www.huntconstructiongroup.com | | 04/20/2015 |
| iiNet Ltd | www.iinet.net.au | | 04/30/2015 |
| Impac Mortgage Holdings, Inc. | www.impaccompanies.com | | 02/17/2015 |
| Implenia | www.implenia.com | 05/07/2015 | |
| INC Research Holdings, Inc. | www.incresearch.com | 07/28/2015 | |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Incyte Corporation | www.incyte.com | 11/19/2015 | |
| Independence Holding Co | www.independenceholding.com | 06/27/2015 | |
| Independent News & Media plc | www.independentnewsmedia.com | | 03/29/2015 |
| Industrial Distribution Group, Inc. | www.idg-corp.com | 12/22/2014 | |
| Industrivarden AB | www.industrivarden.se | 11/14/2015 | |
| Infogroup | www.infogroup.com | | 04/18/2015 |
| Ingenico S.A. | www.ingenico.com | 10/06/2015 | |
| Integrated Electrical Services, Inc. | www.ielectric.com | 01/22/2015 | |
| Integrys Energy Group | www.pecorp.com | | 08/26/2015 |
| International Game Technology | www.igt.com | | 10/18/2015 |
| International Rectifier Corporation | www.irf.com | | 02/06/2015 |
| Interstate Hotels & Resorts, Inc. | www.ihrco.com | | 05/18/2015 |
| Interval Leisure Group | www.resortdeveloper.com | 11/09/2014 | |
| Invensys plc | www.invensys.com | | 05/06/2015 |
| Investment Kinnevik AB | www.kinnevik.se | 11/13/2015 | |
| Investor AB | www.investorab.com | 11/12/2015 | |
| Ipsen S.A. | www.ipsen.com | 11/22/2014 | |
| Ito En, Ltd. | www.itoen.co.jp | 08/16/2015 | |
| Jazz Pharmaceuticals Public Limited Cor | www.jazzpharma.com | 11/25/2015 | |
| JD.com | www.jd.com | 02/19/2015 | |
| John Menzies plc | www.johnmenziesplc.com | 08/23/2015 | |
| Johnston Press plc | www.johnstonpress.co.uk | | 04/13/2015 |
| K12, Inc. | www.k12.com | 10/17/2015 | |
| Kaba Holding AG | www.kaba.com | 05/03/2015 | |
| Kaufland | www.kaufland.com | 04/17/2015 | |
| KCG Holdings | www.kcg.com | 12/01/2014 | |
| Keller Group plc | www.keller.co.uk | 09/06/2015 | |
| Kentz Corporation Ltd | www.kentz.com | | 02/16/2015 |
| Keysight Technologies, Inc. | www.keysight.com | 06/22/2015 | |
| Kier Group Plc | www.kier.co.uk | 08/14/2015 | |
| Kinetic Concepts, Inc. | www.kci1.com | | 09/14/2015 |
| Klinik Hirslanden AG | www.hirslanden.ch | 05/04/2015 | |
| Knowles Corporation | www.knowles.com | 01/18/2015 | |
| Korea Exchange Bank | www.keb.co.kr | | 04/18/2015 |
| Kurita Water Industries | www.kurita.co.jp | 01/23/2015 | |
| Land's End | www.landsend.com | 01/28/2015 | |
| LaQuinta Holdings | www.lq.com | 12/17/2014 | |
| LeapFrog Enterprises | www.leapfrog.com | | 10/05/2015 |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Lender Processing Services | www.lpsvcs.com | | 01/29/2015 |
| Liechtensteinische Landesbank AG | www.llb.li | | 11/21/2015 |
| Life Technologies Corporation (fmr Invit | www.lifetechnologies.com | | 01/22/2015 |
| Lin TV Corp | www.lintv.com | | 04/26/2015 |
| Linamar Corp | www.linamar.com | 10/15/2015 | |
| Living Social | www.livingsocial.com | | 02/02/2015 |
| Loblaw Companies | www.loblaw.ca | | 04/02/2015 |
| Lookers Plc | www.lookers.co.uk | 08/13/2015 | |
| Lorillard, Inc. | www.lorillard.com | | 09/21/2015 |
| LSI Corporation | www.lsilogic.com | | 05/12/2015 |
| Luigi Lavazza S.p.A. | www.lavazza.it | 02/02/2015 | |
| Lupin Limited | www.lupinworld.com | 11/05/2014 | |
| Lydall, Inc. | www.lydall.com | 05/16/2015 | |
| M2 Group Ltd | www.m2.com.au | 04/30/2015 | |
| Madison Square Garden Company | www.thegarden.com | 01/20/2015 | |
| Maidenform Brands | www.maidenform.com | | 04/17/2015 |
| Manhattan Construction Group | www.manhattanconstruction.co | 12/02/2014 | |
| Mann + Hummel | www.mann-hummel.com/en/co | 08/23/2015 | |
| Markit Ltd | www.markit.com | 09/08/2015 | |
| Marzotto Group | www.marzotto.it | | 11/03/2014 |
| Mauser Group | www.mausergroup.com | 11/28/2014 | |
| Maxum Petroleum Holdings, Inc. | www.maxumpetroleum.com | | 11/08/2014 |
| Meadowbrook Meat Company (MBM) | www.mbmfoodservice.com | | 04/24/2015 |
| Media General, Inc. | www.media-general.com | 04/26/2015 | |
| Medivation | www.medivation.com | 11/28/2015 | |
| Melker Schorling AB | www.melkerschorlingab.se | 11/15/2015 | |
| Metaldyne Performance Group Inc. | mpgdriven.com | 08/26/2015 | |
| MFC Industrial | www.mfcindustrial.com | 11/30/2014 | |
| Michael Page International plc | www.michaelpage.co.uk | 04/14/2015 | |
| MICROS Systems, Inc. | www.micros.com | | 01/26/2015 |
| Mid-America Apartment Communities I | www.maac.net | 07/10/2015 | |
| Mindray Medical International Limited | www.mindray.com | 11/13/2015 | |
| Mistras Group | www.mistrasgroup.com | 03/23/2015 | |
| Molex, Inc. | www.molex.com | | 11/30/2014 |
| Momentive Performance Materials | www.momentive.com/home.aspx | | 11/09/2015 |
| Morgan Sindall Group Plc | www.morgansindall.com | 08/21/2015 | |
| Mövenpick Holding AG | www.moevenpick-hotels.com | 07/12/2015 | |
| MTU Aero Engines AG | www.mtu.de | 09/28/2015 | |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Nam Tai Property Group | www.namtai.com | | 05/08/2015 |
| Nash Finch Company | www.nashfinch.com | | 11/18/2014 |
| National Express Group Plc | www.nationalexpressgroup.com | 08/25/2015 | |
| National Marine Dredging Company | www.nmdc.com | | 05/05/2015 |
| Natixis S.A. | www.natixis.com | 09/23/2015 | |
| Navient Corporation | www.navient.com | 05/18/2015 | |
| Net Servicos de Comunicacao | www.netservicos.com.br | | 05/10/2015 |
| Nets Holding | www.nets.eu | 11/26/2014 | |
| NewPage Paper | www.newpagecorp.com | | 09/22/2015 |
| NGK Spark Plug Co | www.ngkntk.co.jp | 07/19/2015 | |
| Nissei Build Kogyo Co Ltd | www.nisseibuild.co.jp | | 08/01/2015 |
| NN Group NV | www.nn-group.com | 11/09/2015 | |
| North American Energy Partners | www.naepi.ca | | 01/23/2015 |
| Norwegian Air Shuttle | www.norwegian.com | 11/24/2014 | |
| NTT DoCoMo | www.nttdocomo.co.jp | | 05/25/2015 |
| Nuveen Investments | www.nuveen.com | | 05/24/2015 |
| NV Energy | www.nvenergy.com | | 01/29/2015 |
| NYSE Euronext | www.nyse.com | | 02/01/2015 |
| Ocean Spray | www.oceanspray.com | 08/25/2015 | |
| Oetker Group | http://oetker.com | 08/18/2015 | |
| OfficeMax | www.officemax.com | | 12/11/2014 |
| Orbitz Worldwide | www.orbitz.com | 09/19/2015 | |
| Orbotech, Ltd | www.orbotech.com | 06/26/2015 | |
| Orchard Supply Hardware Stores Corpo | www.osh.com | | 04/19/2015 |
| Orion Corporation | www.orionworld.com | 07/08/2015 | |
| OTP Bank | www.otpbank.hu/portal/en/hom | 12/10/2014 | |
| Pace Plc | www.pace.com | 09/09/2015 | |
| Pacer International | www.pacer-international.com | | 11/29/2014 |
| Pacific Construction Group | http://www.china.com.cn/mark | 08/21/2015 | |
| Pacific Ethanol, Inc. | www.pacificethanol.net | 10/07/2015 | |
| Paddy Power plc | www.paddypowerplc.com | 08/28/2015 | |
| Palo Alto Networks | www.paloaltonetworks.com | 02/10/2015 | |
| Panalpina World Transport (Holding) Lt | www.panalpina.com | 07/13/2015 | |
| Pandora Media, Inc. | www.pandora.com | 12/11/2014 | |
| Par Petroleum Corporation | www.par-petro.com | 08/23/2015 | |
| Paragon Offshore plc | www.paragonoffshore.com | 08/04/2015 | |
| Pargesa Holding SA | www.pargesa.ch | 10/07/2015 | |
| Partners Group Holding AG | www.partnersgroup.com | 10/14/2015 | |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| PDL BioPharma | www.pdl.com | 10/18/2015 | |
| Pegasystems Inc. | www.pega.com | 12/12/2014 | |
| Pendragon Plc | www.pendragonplc.com | 08/04/2015 | |
| Penn Virginia Corp | www.pennvirginia.com | 10/17/2015 | |
| Penn Virginia Resource Partners | www.pvresource.com | | 12/19/2014 |
| Pennon Group plc | www.pennon-group.co.uk | 09/16/2015 | |
| Pentland Group plc | www.pentland.com | 09/15/2015 | |
| Persimmon plc | http://corporate.persimmonhon | 08/20/2015 | |
| Perusahaan Listrik Negara | www.pln.co.id | 08/23/2015 | |
| Phoenix Mecano | www.phoenix-mecano.com | 07/15/2015 | |
| Pierre & Vacances | www.groupepvcp.com | 01/31/2015 | |
| Platform Specialty Products Corporation | www.platformspecialtyproducts | 07/16/2015 | |
| Portugal Telecom | www.telecom.pt | | 11/23/2015 |
| Power Assets Holdings Limited | www.powerassets.com | | 05/06/2015 |
| Power-One, Inc. | www.power-one.com | | 01/30/2015 |
| Protective Life Corporation | www.protective.com | | 09/04/2015 |
| Prothena Corporation plc | www.prothena.com | | 06/26/2015 |
| Qihoo 360 Technology Co. Ltd. | www.360.cn | 07/04/2015 | |
| QinetiQ Group plc | www.qinetiq.com | 09/24/2015 | |
| Qlogic Corp | www.qlogic.com | 07/27/2015 | |
| Qube Holdings Limited | www.qube.com.au | 10/30/2015 | |
| Ranbaxy Laboratories Ltd | www.ranbaxy.com | | 10/07/2015 |
| RCS Capital Corporation | www.rcscapital.com | 08/30/2015 | |
| Red Bull GmbH | www.redbull.com | 08/15/2015 | |
| Red Lobster | www.redlobster.com | 02/18/2015 | |
| Regency Centers Corporation | www.regencycenters.com | 08/07/2015 | |
| Regency Energy Partners LP | www.regencyenergy.com | 08/07/2015 | |
| Regus Plc | www.regus.com | 09/01/2015 | |
| Rémy Cointreau SA | www.remy-cointreau.com | 08/26/2015 | |
| Rieter Holding Ag | www.rieter.com | 07/16/2015 | |
| Ringier AG | www.ringier.com | 07/17/2015 | |
| Rockwood Holdings | www.rockwoodspecialties.com | | 08/31/2015 |
| Rottapharm Madaus SpA | www.rotta.com/en | | 06/12/2015 |
| Roularta Media Group NV | www.roularta.be | | 11/24/2015 |
| Roust Corporation | www.roust.com | 05/07/2015 | |
| RTI International Metals | www.rti-intl.com | | 09/23/2015 |
| Ruag AG | www.ruag.com | 07/18/2015 | |
| Ruentex Development Co Ltd | www.ruentex.com.tw | | 11/20/2015 |

Global5000 Database

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Saks, Inc. | www.saksincorporated.com | | 02/07/2015 |
| Salix Pharmaceuticals Ltd. | www.salix.com | 01/13/2015 | |
| Sapient Corporation | www.sapient.com | | 09/04/2015 |
| Satyam Computer Services Limited | www.mahindrasatyam.net | | 11/14/2014 |
| SBA Communications Corporation | www.sbasite.com | 11/21/2015 | |
| SBB AG, Swiss Federal Railways | www.sbb.ch/en | 07/19/2015 | |
| Schmolz + Bickenbach AG | www.schmolz-bickenbach.com | 07/21/2015 | |
| Schweizerische Mobiliar | www.mobi.ch | 07/22/2015 | |
| SEPLAT Petroleum Development Company | http://seplatpetroleum.com | 10/02/2015 | |
| ServiceNow, Inc. | www.servicenow.com | 11/24/2015 | |
| Seventy Seven Energy Inc. | www.77nrg.com | 08/30/2015 | |
| SFR | www.sfr.com | 11/25/2014 | |
| SFS Holding AG | www.sfs.biz | 07/23/2015 | |
| Shaanxi Coal & Chemical Industry | www.shccig.com | 08/27/2015 | |
| Shanghai Ganglian E-Commerce Holding | www.mysteel.com | 08/28/2015 | |
| Shoppers Drug Mart | www.shoppersdrugmart.ca | | 01/09/2015 |
| SIG Plc | www.sigplc.com | 08/19/2015 | |
| Signode Industrial Group | www.signodegroup.com | 01/02/2015 | |
| Silver Eagle Distributors | https://silvereagle.com | 08/28/2015 | |
| Sinofert Holdings | www.sinofert.com.hk | | 11/09/2015 |
| Skilled Healthcare Group, Inc. | www.skilledhealthcaregroup.com | | 07/06/2015 |
| SL Green Realty Corp | www.slgreen.com | 11/23/2015 | |
| Smith & Wesson Holding Corporation | www.smith-wesson.com | 06/19/2015 | |
| Songbird Estates | www.songbirdestates.com | | 09/25/2015 |
| SpaceX | www.spacex.com | 02/01/2015 | |
| Spansion | www.spansion.com | | 09/14/2015 |
| Spectris plc | www.spectris.com | 09/25/2015 | |
| SpiceJet Ltd | www.spicejet.com | 11/18/2014 | |
| Spotify | www.spotify.com | 02/03/2015 | |
| Spotless Group | www.spotless.com | 12/05/2014 | |
| SR Technics | www.srtechnics.com | 07/24/2015 | |
| SS&C Technologies Holding, Inc. | www.ssctech.com | 09/10/2015 | |
| SSP Group PLC | www.foodtravelexperts.com | 08/26/2015 | |
| St Ives plc | www.st-ives.co.uk | 07/31/2015 | |
| St. Joe Company | www.joe.com | 10/17/2015 | |
| Stablius SA | www.stabilus.com | 02/06/2015 | |
| Stadler Rail Group | www.stadlerrail.com | 07/26/2015 | |
| Standard Register Company | www.stdreg.com | | 09/15/2015 |

| Company | Website | Date 1 | Date 2 |
|---|---|---|---|
| Straumann Holding AG | www.straumann.com | 05/05/2015 | |
| Sunrise Communications AG | www1.sunrise.ch | 05/06/2015 | |
| Suntech Power Holdings | www.suntech-power.com | | 05/31/2015 |
| Susquehanna Bancshares | www.susquehanna.net | | 09/06/2015 |
| Susser Holdings Corp | www.susser.com | | 06/13/2015 |
| Suva | www.suva.ch/english | 07/27/2015 | |
| SV Group AG | www.sv-group.com | 07/28/2015 | |
| Swets Information Services | www.swets.nl | | 07/26/2015 |
| Swiss Broadcasting Corporation | www.srgssr.ch | 07/25/2015 | |
| Swiss International Air Lines AG | www.swiss.com | 07/29/2015 | |
| Swiss Post (Die Schweizerische Post) | www.post.ch | 06/02/2015 | |
| Swiss Prime Site | www.swiss-prime-site.ch | 10/13/2015 | |
| Synchrony Financial | www.synchronyfinancial.com | 10/16/2015 | |
| synlab Holding GmbH | www.synlab.com | 07/08/2015 | |
| Tamedia AG | www.tamedia.ch | 07/30/2015 | |
| Tauber Oil | www.tauberoil.com | 01/17/2015 | |
| Taylor Wimpey plc | http://plc.taylorwimpey.co.uk | 08/18/2015 | |
| Tegna | www.tegna.com | 08/21/2015 | |
| Telekom Slovenia | www.telekom.si | 08/07/2015 | |
| Tetra Laval International SA | www.tetralaval.com | 11/29/2015 | |
| Texas Industries, Inc. | www.txi.com | | 07/10/2015 |
| TGS Nopec Geophysical Co ASA | www.tgs.com | 01/04/2015 | |
| Thai Union Group Frozen Products PCL | www.thaiuniongroup.com | 12/19/2014 | |
| The Daiei | www.daiei.co.jp | | 05/31/2015 |
| Thompson Creek Metals Company | www.thompsoncreekmetals.com | 10/17/2015 | |
| Thule Group | www.thulegroup.com | 05/05/2015 | |
| Time, Inc. | www.timeinc.com | 07/22/2015 | |
| T-Mobile USA, Inc. (fmr MetroPCS Com | www.t-mobile.com | | 01/08/2015 |
| TMX Group | www.tmx.com | 08/07/2015 | |
| Topcon Corporation | www.topcon.co.jp | 08/31/2015 | |
| Tower Group International, Inc. | www.twrgrpintl.com | | 04/02/2015 |
| Tower Semiconductor Ltd. (TowerJazz) | www.towersemi.com | 12/07/2014 | |
| TPG Telecom | www.tpg.com.au | 04/30/2015 | |
| Transfield | www.transfieldservices.com | 01/26/2015 | |
| TransMontaigne Partners L.P. | www.transmontaigne.com | | 11/16/2014 |
| Trelleborg AB | www.trelleborg.com | 10/10/2015 | |
| TRI Pointe Homes, Inc. | www.tripointegroup.com | 07/26/2015 | |
| Tribune Media | www.tribunemedia.com | 08/25/2015 | |

Global5000 Database

| Company | Website | Date | Date 2 |
|---|---|---|---|
| TriNet Group | www.trinet.com | 08/29/2015 | |
| TriQuint Semiconductor | www.triquint.com | | 06/13/2015 |
| True Corporation PCL | www.truecorp.co.th | 12/03/2014 | |
| Trump Entertainment Resorts | www.trump.com | | 05/04/2015 |
| Tsakos Energy Navigation Ltd | www.tenn.gr | 05/28/2015 | |
| TVN | www.tvn.pl | 03/03/2015 | |
| TW Telecom, Inc. | www.twtelecom.com | | 08/09/2015 |
| UDG Healthcare plc | www.udghealthcare.com | 09/03/2015 | |
| United Energy Group Ltd | www.uegl.com.hk | 12/29/2014 | |
| United Online | www.unitedonline.net | | 01/17/2015 |
| United Surgical Partners International, I | www.unitedsurgical.com | | 09/07/2015 |
| Universal Robina Corporation | www.urc.com.ph | 04/21/2015 | |
| UNS Energy Corporation | www.unisourceenergy.com | | 01/08/2015 |
| UPMC | www.upmc.com | 08/02/2015 | |
| URS Corporation | www.urscorp.com | | 09/04/2015 |
| US Airways Group | www.usairways.com | | 04/04/2015 |
| Valassis Communications | www.valassis.com | | 01/24/2015 |
| Valmet Automotive | www.Valmet-Automotive.com | 01/27/2015 | |
| Valora Holding AG | www.valora.com | 07/31/2015 | |
| Vectrus, Inc. | www.vectrus.com | 09/11/2015 | |
| Veeco Instruments, Inc. | www.veeco.com | | 05/10/2015 |
| Vertex Pharmaceuticals Incorporated | www.vrtx.com | 11/18/2015 | |
| Vilmorin & Cie SA | www.vilmorin.info | 01/15/2015 | |
| Virgin Media, Inc. | www.virginmedia.com | | 11/25/2014 |
| Vista Outdoor, Inc. | www.vistaoutdoor.com | 06/28/2015 | |
| Vitran Corporation | www.vitran.com | 01/20/2015 | |
| Vonovia (fmr Deutsche Annington Immo | http://vonovia.de | 11/06/2014 | |
| Vorwerk | www.vorwerk.com | 12/19/2014 | |
| VSE Corp | www.vsecorp.com | | 01/20/2015 |
| Warsteiner Brauerei Haus Cramer KG | www.warsteiner-group.com | 09/01/2015 | |
| Watson's | www.watsons.com.hk/home | | 10/20/2015 |
| Wausau Paper Corp | www.wausaupapers.com | | 01/25/2015 |
| Wayfair | www.wayfair.com | 07/11/2015 | |
| Weir Group | www.weir.co.uk | 12/08/2014 | |
| Westcon Group | www.WestconGroup.com | | 08/02/2015 |
| Westports Holdings Bhd | www.westportsmalaysia.com | | 09/10/2015 |
| Wet Seal, Inc. | www.wetseal.com | | 03/24/2015 |
| Wetherspoon (J D) plc | www.jdwetherspoon.co.uk | 09/11/2015 | |

Global5000 Database

| Company | Website | Date | Date 2 |
|---|---|---|---|
| William Demant Holding A/S | www.demant.com | 09/23/2015 | |
| William Grant & Sons Ltd | www.williamgrant.com | 08/22/2015 | |
| Wilsonart International Holdings LLC | www.wilsonartinternational.com | 12/18/2014 | |
| Wirecard AG | www.wirecard.com | 08/28/2015 | |
| Workday, Inc | www.workday.com | 11/18/2015 | |
| WS Atkins plc | www.atkinsglobal.com | 08/28/2015 | |
| WuXi PharmaTech (Cayman) Inc. | www.wuxiapptec.com | 09/05/2015 | |
| Xiaomi, Inc. | www.xiaomi.com | 01/03/2015 | |
| Xstrata plc | www.xstrata.com | | 02/21/2015 |
| Yoox SpA | www.yooxgroup.com | 08/07/2015 | |
| YPF SA | www.ypf.com | 11/17/2015 | |
| Zale Corp. | www.zalecorp.com | | 11/23/2014 |
| Zardoya Otis SA | www.otisworldwide.com | 11/11/2015 | |
| Zayo Group Holdings | www.zayo.com | 04/30/2015 | |
| Zurich Cantonal Bank | www.zkb.ch/en/lg/ew.html | 08/01/2015 | |