| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>Jonathan Gardner (*pro hac vice*)<br>Carol C. Villegas (*pro hac vice*)<br>Roger W. Yamada (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Tel.: (212) 907-0700<br>Fax: (212) 818-0477<br>Email: jgardner@labaton.com<br>         cvillegas@labaton.com<br>         ryamada@labaton.com<br><br>*Lead Counsel for the Class*<br><br>**BERMAN DEVALERIO**<br>Nicole Lavallee (SBN 165755)<br>A. Chowning Poppler (SBN 272870)<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Tel.  (415) 433-3200<br>Fax (415) 433-6382<br>Email: nlavallee@bermandevalerio.com<br>         cpoppler@bermandevalerio.com<br><br>*Liaison Counsel for the Class* | **FENWICK & WEST LLP**<br>Felix S. Lee (SBN 197084)<br>Michael Davis-Wilson (SBN 259790)<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Tel.: 650.988.8500<br>Fax: 650.938.5200<br>Email: flee@fenwick.com<br>         mdaviswilson@fenwick.com<br><br>**FENWICK & WEST LLP**<br>Susan s. Muck (SBN 126930)<br>Michael Dicke (SBN 158187)<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Tel.: 415.875.2300<br>Fax: 415.281.1350<br>Email: smuck@fenwick.com<br>         mdicke@fenwick.com<br><br>*Counsel for Defendants Nimble Storage, Inc., Suresh Vasudevan, Anup V. Singh, Daniel Leary, and Varun Mehta* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NIMBLE STORAGE, INC. SECURITIES LITIGATION | CASE NO.  4:15-cv-05803-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFF'S FILING A CORRECTED THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1    WHEREAS, on March 28, 2016, the Court appointed Arkansas Teacher Retirement
2 System as Lead Plaintiff; Labaton Sucharow LLP as Lead Counsel for the Class; and Berman
3 DeValerio as Liaison Counsel for the Class (ECF No. 69);
4    WHEREAS, prior to filing the Third Amended Consolidated Class Action Complaint
5 (the "Complaint"), Lead Plaintiff attempted to confirm with Confidential Witness 13 ("CW 13")
6 the information attributed to him in the Complaint by contacting him by phone and by sending
7 CW 13 a letter which contained the information attributed to CW 13;
8    WHEREAS, on June 12, 2017, Lead Plaintiff timely filed the Complaint (ECF No. 136);
9    WHEREAS, on June 13, 2017, Lead Counsel sent to CW 13 a copy of the filed
10 Complaint and another letter which contained the information attributed to CW 13 in the
11 Complaint;
12    WHEREAS, on June 19, CW 13 contacted Lead Plaintiff, explained that he had been on
13 vacation, and requested that certain information attributed to him be clarified;
14    WHEREAS, Lead Counsel accordingly intends to clarify this information in the
15 Complaint;
16    WHEREAS, Exhibit A hereto is a blackline of the Complaint that reflects all such
17 clarifications;
18    WHEREAS, Lead Counsel informed counsel for Defendants of its intent to correct the
19 Complaint and provided them with Exhibit A.  Counsel for Defendants does not object to the
20 proposed correction of the Complaint;
21    WHEREAS, pursuant to the Court's Order Granting Defendants' Motion to Dismiss
22 (ECF No. 134), Defendants' response to Lead Plaintiff's pleading is due within twenty-eight
23 days of filing;
24    WHEREAS, the parties agree that allowing Defendants a two-week extension of time to
25 respond to Lead Plaintiff's corrected pleading would not unduly delay the proceedings;
26    IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their
27 undersigned counsel, subject to the Court's approval, as follows:
28

1. Lead Plaintiff will promptly file a Corrected Third Amended Consolidated Class Action Complaint (the "Corrected Complaint") reflecting the changes in Exhibit A.

2. Defendants will answer, move to dismiss, or otherwise respond to Lead Plaintiff's Corrected Complaint no later than July 24, 2017.

3. In the event Defendants move to dismiss Lead Plaintiff's Corrected Complaint, Lead Plaintiff will oppose Defendants' motion to dismiss no later than twenty-eight (28) days thereafter, by August 21, 2017, and Defendants will file their reply in further support of their motion to dismiss no later than twenty-one (21) days thereafter, by September 11, 2017.

Dated:  June 27, 2017                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Jonathan Gardner*
**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Roger W. Yamada (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
           cvillegas@labaton.com
           ryamada@labaton.com

*Lead Counsel for the Class*

**BERMAN DEVALERIO**
Nicole Lavallee (SBN 165755)
A. Chowning Poppler (SBN 272870)
One California Street, Suite 900
San Francisco, CA 94111
Tel.  (415) 433-3200
Fax (415) 433-6382
Email:  nlavallee@bermandevalerio.com
              cpoppler@bermandevalerio.com

*Liaison Counsel for the Class*

Dated:  June 27, 2017

      /s/ Felix S. Lee
**FENWICK & WEST LLP**
Felix S. Lee (CSB No. 197084)
Michael Davis-Wilson (CSB No. 259790)
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200
flee@fenwick.com
mdaviswilson@fenwick.com

**FENWICK & WEST LLP**
Susan S. Muck (CSB No. 126930)
Michael Dicke (CSB No. 158187)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
smuck@fenwick.com
mdicke@fenwick.com

*Counsel for Defendants*
*Nimble Storage, Inc., Suresh Vasudevan,*
*Anup V. Singh, Daniel Leary, and Varun Mehta*

### E-Filing Attestation

I, Jonathan Gardner, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Felix S. Lee has concurred in this filing.

      */s/ Jonathan Gardner*
Jonathan Gardner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __June 28__, 2017

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge