**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Christopher L. Mooney (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
Email: jgardner@labaton.com
       cvillegas@labaton.com
       cmooney@labaton.com

*Lead Counsel for the Class*

**BERMAN TABACCO**
Nicole Lavallee (SBN 165755)
Matthew D. Pearson (SBN 235339)
A. Chowning Poppler (SBN 272870)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel.  (415) 433-3200
Fax (415) 433-6382
Email: nlavallee@bermantabacco.com
       mpearson@bermantabacco.com
       cpoppler@bermantabacco.com

*Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| IN RE NIMBLE STORAGE, INC. SECURITIES LITIGATION | CASE NO.  4:15-cv-05803-YGR<br><br>**NOTICE OF APPEAL**<br><br><u>CLASS ACTION</u><br><br>Hon. Yvonne Gonzalez Rogers<br>Oakland Courthouse, Courtroom 1, 4th Floor |
|---|---|

1    NOTICE IS HEREBY GIVEN that Lead Plaintiff Arkansas Teacher Retirement System, individually and on behalf of a class of similarly situated persons and entities, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's May 10, 2017 (ECF No. 134) and October 2, 2017 (ECF No. 153) Orders granting Defendants' motion to dismiss Lead Plaintiff's Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 121) and Lead Plaintiff's Corrected Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 139), as well as all prior orders and rulings merged therein.

Lead Plaintiff's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: October 30, 2017              Respectfully submitted,

  /s/ Jonathan Gardner
**LABATON SUCHAROW LLP**
Jonathan Gardner (*pro hac vice*)
Carol C. Villegas (*pro hac vice*)
Christopher L. Mooney (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
       cvillegas@labaton.com
       cmooney@labaton.com

*Lead Counsel for the Class*

**BERMAN TABACCO**
Nicole Lavallee (SBN 165755)
Matthew D. Pearson (SBN 235339)
A. Chowning Poppler (SBN 272870)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel.  (415) 433-3200
Fax (415) 433-6382
Email: nlavallee@bermantabacco.com
       mpearson@bermantabacco.com
       cpoppler@bermantabacco.com

*Liaison Counsel for the Class*

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of New York, State of New York, that I am over the age of eighteen (18) years and not a party to the within action, that I am employed at Labaton, Sucharow LLP, 140 Broadway, New York, New York 10005, and that on October 30, 2017, I served a copy of the attached:

**LEAD PLAINTIFF'S NOTICE OF APPEAL**

on the parties listed on the attached Service List by the following means of service:

[X]   BY E-FILE: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 30th day of October, 2017.

By:   */s/ Jonathan Gardner*
       Jonathan Gardner

**Mailing Information for a Case 4:15-CV-05803-YGR**

*In re: Nimble Storage, Inc. Securities Litigation*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Eric J. Belfi**
  ebelfi@labaton.com,kgutierrez@labaton.com,ElectronicCaseFiling@labaton.com
- **Avery Lee Brown**
  avery.brown@fenwick.com
- **Nair Diana Chang**
  dchang@fenwick.com
- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com
- **Michael M Davis-Wilson**
  mdaviswilson@fenwick.com,vpieretti@fenwick.com
- **Michael Scott Dicke**
  mdicke@fenwick.com
- **Jonathan Gardner**
  jgardner@labaton.com,kgutierrez@labaton.com,cvillegas@labaton.com, ryamada@labaton.com,cboria@labaton.com,acoquin@labaton.com, fmalonzo@labaton.com,acarpio@labaton.com,agreenbaum@labaton.com
- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com
- **Christopher J. Keller**
  ckeller@labaton.com,kgutierrez@labaton.com,drogers@labaton.com, electroniccasefiling@labaton.com
- **Nicole Catherine Lavallee**
  nlavallee@bermantabacco.com,ysoboleva@bermantabacco.com
- **Felix Shih-Young Lee**
  flee@fenwick.com,tmartin@fenwick.com
- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com, lpvega@pomlaw.com
- **Francis P McConville**
  fmcconville@labaton.com,kgutierrez@labaton.com,sjessee@labaton.com, electroniccasefiling@labaton.com
- **Christopher Lawrence Mooney**
  CMooney@labaton.com,kgutierrez@labaton.com,FMalonzo@labaton.com, ACarpio@labaton.com,electroniccasefiling@labaton.com
- **Susan Samuels Muck**
  smuck@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com, recordsecf@fenwick.com
- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com, abarbosa@pomlaw.com

- **Matthew David-Craig Pearson**
  mpearson@bermantabacco.com,ysoboleva@bermantabacco.com
- **Aidan Chowning Poppler**
  cpoppler@bermantabacco.com,ysoboleva@bermantabacco.com
- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net
- **Michael Walter Stocker**
  mstocker@labaton.com,kgutierrez@labaton.com,ravan@labaton.com, ElectronicCaseFiling@labaton.com
- **Carol C. Villegas**
  cvillegas@labaton.com,kgutierrez@labaton.com,jchristie@labaton.com, acoquin@labaton.com,fmalonzo@labaton.com,acarpio@labaton.com, electroniccasefiling@labaton.com
- **Roger W Yamada**
  ryamada@labaton.com,kgutierrez@labaton.com,fmalonzo@labaton.com, acarpio@labaton.com,electroniccasefiling@labaton.com